No. 94–1629. TABAS ET AL. *v.* TABAS ET AL. C. A. 3d Cir. Motion of American Institute of Certified Public Accountants for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–1649. ELLMAN *v.* DAVIS, WARDEN. C. A. 2d Cir. Motion of the parties to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 94–1743. MALLARD BAY DRILLING, INC., ET AL. *v.* WATTERSON. Ct. App. La., 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–9443 (A–908). MANN *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.